UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

O.L. MATTHEWS, M.D., P.C.

       Plaintiff,

                                          Case No. 18-11659
                                          Honorable Gershwin A. Drain

v.

HARLEYSVILLE INSURANCE
COMPANY,

       Defendant.
_____/

## **JUDGMENT**

The above entitled matter having come before the Court, and in accordance with the Order entered on this date;

IT IS ORDERED AND ADJUDGED that judgment is hereby entered in favor of the Defendant and against the Plaintiff.

                                                              DAVID J. WEAVER
                                                              CLERK OF THE COURT

Dated: August 2, 2019                         By: s/Teresa McGovern
                                                              Deputy Clerk

APPROVED BY:


s/Gershwin A. Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 2, 2019, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager