# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 01, 2020

Mr. Nathan G. Peplinski
Harvey Kruse
1050 Wilshire Drive
Suite 320
Troy, MI 48084

          Re: Case No. 19-1994, *O. Matthews v. Harleysville Lake States Ins.*
              Originating Case No. 2:18-cv-11659

Dear Counsel,

  The Court issued the enclosed Order today in this case.

                                        Sincerely yours,

                                        s/Robin Baker, Case Management Specialist for
                                        Monica Page, Case Manager
                                        Direct Dial No. 513-564-7021

cc:  Mr. Michael F. Schmidt
      Mr. A. Tony Taweel
      Mr. David J. Weaver

Enclosure

Case No. 19-1994

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

O. L. MATTHEWS, M.D., P.C.

    Plaintiff - Appellant

v.

HARLEYSVILLE LAKE STATES INSURANCE COMPANY

    Defendant - Appellee

BEFORE:  GRIFFIN, THAPAR, and READLER, Circuit Judges.

   Upon consideration of Appellee's Bill of Costs filed by Nathan G. Peplinski for Harelysville Lake States Insurance Company,

   It is **ORDERED** that the Bill of Costs is **DENIED** without prejudice to refiling in the district court.

                                              **ENTERED BY ORDER OF THE COURT**

                                              Deborah S. Hunt, Clerk

Issued: December 01, 2020